



DISTRICT OF COLUMBIA, ss:

DECLARATION OF TOM HEINEMANN

I, Tom Heinemann, declare and say as follows:

1. I am an Assistant Legal Adviser in the Office of the Legal Adviser for the Department of State, Washington, D.C. This office has responsibility for extradition requests, and I am charged with the extradition case of Cesar Horacio Duarte Jaquez. I make the following statements based upon my personal knowledge and upon information made available to me in the performance of my official duties.

2. The relevant and applicable treaty provisions in full force and effect between the United States and Mexico are found in the Extradition Treaty between the United States of America and the United Mexican States of May 4, 1978 (TIAS 9656), hereafter the "Treaty." A copy of the Treaty is attached to this declaration.

3. In accordance with the provisions of the Treaty, the Embassy of Mexico has submitted Diplomatic Note No. 06219R, dated December 27, 2019, formally requesting the extradition of Cesar Horacio Duarte Jaquez. A copy of the diplomatic note is attached to this declaration.

4. In accordance with Article 13(3) of the Treaty, the Government of the United States of America represents the interests of the Government of Mexico in proceedings in U.S. courts arising out of Mexico's extradition requests, and the Government of Mexico provides similar representation in its courts with respect to extradition requests made by the United States.

5. The offenses for which extradition is sought are covered under Article 2 of Treaty.

20025364-1

# United States of America



## DEPARTMENT OF STATE

***To all to whom these presents shall come, Greetings:***

[Certify] That Tom Heinemann, whose name is subscribed to the document hereunto annexed, was [at the time] of subscribing the same Assistant Legal Adviser, Office of the Legal Adviser, Department [of State,] United States of America, and that full faith and credit are due to his acts as such.

***This certificate is not valid if it is removed or altered in any way whatsoever***




In testimony whereof, I, Michael R. Pompeo, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this tenth day of March, 2020.

Michael R. Pompeo
Secretary of State

By J. Crawford
Assistant Authentication Officer,
Department of State

*Issued pu[rsuant] to CH[...] [St]ate of Sept. 15, [...] 1 Stat. [...]; 22 USC 265[...] [U]SC 265[...] USC 301; 28 U[SC] [1]733 et. s[eq.]; [...] USC 1443(f); R[ule] 44 Feder[al Rul]es of Civil Proc[edure].*

6. The documents submitted by the Government of Mexico in support of its extradition request were certified on December 17, 2019, by Donald Heflin, Minister Counselor for Consular and Consulate Affairs, in accordance with Title 18, United States Code, Section 3190. Mr. Heflin, at the time he certified the documents, was the principal consular officer of the United States in Mexico.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 9th, 2020.

Tom Heinemann

Attachments:

1. Copy of Diplomatic Note
2. Copy of Treaty