FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 08 2020

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF ) <br> THE EXTRADITION OF ) <br> CESAR HORACIO ) <br> DUARTE JAQUEZ. ) | No 20-MR-644 |

## ORDER

Upon application of Alexander M.M. Uballez, Assistant United States Attorney for the District of New Mexico, appearing on behalf of the United States in fulfilling its treaty obligation to Mexico,

It is hereby ORDERED that the complaint and all other documents in this matter be unsealed.

Done this the 8th day of July, 2020.

*[signature]*
The Honorable John F. Robbenhaar
United States Magistrate Judge